1 Cyrus Safa
Attorney att Law: 13241
2 12631 East Imperial Highway, Suite C-115 Santa Fe Springs, Ca 90670
Tel: (562)437-7006
3 Fax: (562)432-2935
E-Mail: Rohlfing.Office@Rohlfinglaw.Com
4 Attorneys For Plaintiff
Willie Smith
5

6 Gerald M. Welt
Attorney at Law: 1575
7 732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
8 Tel.: (702) 382-2030
Fax: (702) 684-5157
9 E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys For Plaintiff

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTEL VADNEY | Case No.: 3:18-cv-00211-HDM-VPC |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE Motion for Summary Judgment |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Christel Vadney and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from August 27, 2018 to September 25, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review of Social Security Cases

-1-

extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: August 27, 2018

Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Christel Vadney

DATE: August 27, 2018

DAYLE ELIESON
United States Attorney

/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.
DATED: 8/28/2018

_____
UNITED STATES DISTRICT JUDGE