1  DAYLE ELIESON
United States Attorney
2  DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3  Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5        San Francisco, California 94105
        Telephone: (415) 977-8985
6        Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7



8  Attorneys for Defendant

9

10            UNITED STATES DISTRICT COURT

11              DISTRICT OF NEVADA

12                RENO DIVISION

13

CHRISTEL VADNEY,                    )  Case No: 3:18-cv-00211-HDM-CBC
14                                   )  ORDER
        Plaintiff                    )
15                                   )  STIPULATION FOR EXTENSION OF
        v.                           )  TIME TO FILE DEFENDANT'S CROSS
16                                   )  MOTION TO AFFIRM
NANCY A. BERRYHILL, Acting           )
17  Commissioner of Social Security, )  (First Request)
                                     )
18        Defendant.                 )
                                     )
19

20      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby

21  requests an extension of time of forty-five days from November 26, 2018 to January 10, 2019,

22  to prepare and file her cross motion to affirm.  This is the Commissioner's first request for an

23  extension.

24      Defendant respectfully requests this extension of time because of a very heavy

25  workload, including the recent completion of three district court merits hearing, and because

26  of preplanned leave of two weeks upcoming for the holidays.

-1-

1    On November 26, 2018, Plaintiff's counsel informed Defendant by email that he had no

2 objection to this extension.

3

4                                    Respectfully submitted,

5
     Date:  November 26, 2018          LAW OFFICES OF LAWRENCE D. ROHLFING
6
                              By:     /s/* Cyrus Safa
7                                     CYRUS SAFA
                                      *authorized by email November 26, 2018
8
9                                     Attorneys for Plaintiff

10
     Date:  November 26, 2018          DAYLE ELIESON
11                                     United States Attorney

12                            By:     /s/ Michael K. Marriott
                                      MICHAEL K. MARRIOTT
13                                     Assistant Regional Counsel

14                                     Attorneys for Defendant

15
     Of Counsel
16   Jeffrey Chen
     Assistant Regional Counsel
17   Social Security Administration

18

19

20                                    IT IS SO ORDERED.

21

22   DATE: 11/27/2018

23                                    HONORABLE CARLA BALDWIN CARRY
                                      United States Magistrate Judge
24

25

26                                        -2-