UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTEL VADNEY,<br>　　　　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br>　　　　　　　Defendant. | Case No. 3:18-cv-00211-HDM-CBC<br><br>ORDER |

　　　The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 20) filed on August 2, 2019, in which the magistrate judge recommends that this court enter an order denying plaintiff's motion for reversal of the Commissioner's decision (ECF No. 15) and granting defendant's motion to affirm the Commissioner's decision (ECF No. 18).  No objections have been filed to the report and recommendation, and the time for doing so has expired.

　　　The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (ECF No. 20).

1

The plaintiff's motion for reversal of the Commissioner's decision (ECF No. 15) is denied and defendant's motion to affirm the Commissioner's decision (ECF No. 18) is granted.

The Clerk of the Court shall enter final judgment accordingly.

IT IS SO ORDERED.

DATED: This 9th day of September, 2019.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE